JS-6

M. Danton Richardson (SBN 141709)
[Email: drichardson@jwflawltd.com]
John. W. Fagerholm (SBN 213852)
[Email: jfagerholm@jwflawltd.com]
**LAW OFFICES OF JOHN W. FAGERHOLM, LTD**
725 S. Figueroa Street, Suite 3065
Los Angeles, California 90017
Tel: (323) 289-2260 | Fax: (323) 642-5441

Attorneys for Defendants
CHROMA CARS, LLC and MICHAEL FRAZER

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHROMA CARS, LLC, an Indiana Limited Liability Company; MICHAEL FRAZER, an individual; and Does 1-20, inclusive,<br><br>    Defendant. | Case No. 5:21-CV-01492-JGB-SPx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

In accordance with the joint stipulation of dismissal with prejudice submitted by Plaintiff Amanda Harris ("Plaintiff") and Defendants Chroma Cars, LLC, and Michael Frazer ("Defendants", and with Plaintiff, the "Parties"), pursuant to Federal Rules of Civil Procedure 41(a) and (c), IT IS HEREBY ORDERED that:

(1) The instant case is hereby dismissed with prejudice; and,

(2) Plaintiff and Defendants each shall bear their own costs and attorneys' fees in connection with this case.

**IT IS SO ORDERED.**

__April 4, 2023_____          _____
DATED                              HONORABLE JESUS G. BERNAL
                                   UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted

  /s/ M. Danton Richardson_____
M. Danton Richardson, Esq.